**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH AVELING,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, TRUSTEE CORPS AND JP CHASE BANK N.A. AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 13-01065-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed July 17, 2013 (Doc. No. 12), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 22, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge